# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
| --- | --- | --- | --- |
| **Name of creditor:** | <u>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-BC4</u> | **Court claim no.** (if known): | <u>13</u> |

**Last 4 digits** of any number you use to identify the debtor's account:        <u>5014</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X]  No

[  ]  Yes. Date of the last notice.

**Part 1:**   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
| --- | --- | --- |
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | <u>09/07/2017</u> | (3) $<u>300.00</u> |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | <u>09/28/2017</u> | (5) $<u>250.00</u> |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify : | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Staci Diana Alexander | | | Case number (if known) | 3:17-bk-03874 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

__/s/ Seth Greenhill__  Date __02/02/2018__
Signature

| | | | |
|---|---|---|---|
| Print: | Seth Greenhill | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlaw.net |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 2nd day of February, 2018.

/S/ Seth Greenhill

---

SETH GREENHILL
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 3:17-bk-03874)

Debtor
Staci Diana Alexander
2600 Flamingo Drive
Nashville, TN 37207

Attorney for Debtor
MARY ELIZABETH AUSBROOKS
ROTHSCHILD & AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926

Attorney for Debtor
EDGAR M ROTHSCHILD, III
ROTHSCHILD, & AUSBROOKS
1222 16TH AVE S STE 12
NASHVILLE, TN 37212-2926

Trustee
HENRY EDWARD HILDEBRAND, III
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019

U.S. Trustee
US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966



| | | | |
|---|---|---|---|
| **Vendor** | Bonial & Associates, PC | **Regarding:** | **Invoice Number:** |
| **Address:** | 14841 Dallas Parkway, Suite 425 | STACI ALEXANDER | **Invoice Status:** Check Confirmed |
| | Dallas, TX 75254-7685 | 2600 FLAMINGO DR | |
| **Payee Code:** | 61BUCKM | NASHVILLE, TN 37207 | **Loan No.:** |
| **Vendor Contact:** | Joy Burns | | **Loan Type:** Conventional |
| **Vendor Ref #:** | | | **Acquistion Date:** |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) | | |
| **Inv. ID / Cat. ID** | BTU | | **Referral Date :** 6/8/2017 |
| **Investor Name** | SURF 2005-BC4 | | **Loan Location:** |
| **Outsource Firm:** | LPS Default Solutions | | |
| **Litigation Status Code:** | | | **BK Case No:** |
| **Man Code:** | | | **Submitted Date:** 6/22/2017 |
| | | | **Vendor Invoice Date:** 6/22/2017 |
| | | | **Paid In Full Date:** N/A |
| | | | **Foreclosure Removal Date:** N/A |
| | | | **MS Status:** N/A |
| | | | **Relief Requested Date:** N/A |
| | | | **Protection Begin Date:** N/A |
| | | | **Protection End Date:** N/A |
| **Original Mortgage Amount:** | $0.00 | | |

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 06/22/2017 | 09/05/2017 | 09/05/2017 | | 09/05/2017 | 09/07/2017 | 09/07/2017 | 09/08/2017 | 78 |

Dept  Comments  Line Items  Exceptions  Edit Summary  Adj. Summary  Chronology  Quote Service Request  Guideline  Invoice Mapping  History  Payments  Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $300.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total | |

## Fees

| Totals | Inv Amt: | $300.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $3,291.50 | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|

Fees/Costs Allow:

### Fees

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Review of Plan | | | 06/13/17 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |
| | **Note:** Plan Review & Clearance | | | | | | | | |
| | | | | | **Total:** | | $300.00 | $0.00 | $300.00 |
| | | | | | **Invoice Total:** | | $300.00 | $0.00 | $300.00 |



| | | | | |
|---|---|---|---|---|
| **Vendor Address:** | Bonial & Associates, PC<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-7685 | **Regarding:** | STACI ALEXANDER<br>2600 FLAMINGO DR<br>NASHVILLE, TN 37207 | **Invoice Number:** SIJYB116450 |
| **Payee Code:** | 61BUCKM | | | **Invoice Status:** Check Confirmed |
| **Vendor Contact:** | Joy Burns | | | **Loan No.:** |
| **Vendor Ref #:** | | | | **Loan Type:** Conventional |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) | | | **Acquistion Date:** |
| **Inv. ID / Cat. ID** | BTU | | | **Referral Date :** 6/8/2017 |
| **Investor Name** | SURF 2005-BC4 | | | **Loan Location:** |
| **Outsource Firm:** | LPS Default Solutions | | | **BK Case No:** |
| **Litigation Status Code:** | | | | **Submitted Date:** 9/13/2017 |
| **Man Code:** | | | | **Vendor Invoice Date:** 9/13/2017 |
| | | | | **Paid In Full Date:** N/A |
| | | | | **Foreclosure Removal Date:** N/A |
| | | | | **MS Status:** N/A |
| | | | | **Relief Requested Date:** N/A |
| | | | | **Protection Begin Date:** N/A |
| | | | | **Protection End Date:** N/A |

| Original Mortgage Amount: | $0.00 |
|---|---|

**Bankruptcy - Bankruptcy Services - Chapter 13**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 09/13/2017 | 09/27/2017 | 09/27/2017 | | 09/27/2017 | 09/28/2017 | 09/28/2017 | 09/29/2017 | 16 |

Dept  Comments  Line Items  Exceptions  Edit Summary  Adj. Summary  Chronology  Quote Service Request  Guideline  Invoice Mapping  History  Payments  Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $250.00 | LoanSphere Invoicing Prev. Billed: | $300.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | $250.00 | Prev. Billed: | $300.00 | Loan Total Fees/Costs Prev.Billed: $3,801.50 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Bankruptcy Fee | | | 09/08/17 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | **Note:** Proof of Claim Loan Payment History | | | | | | | | |
| | | | | | **Total:** | | $250.00 | $0.00 | $250.00 |
| | | | | | **Invoice Total:** | | $250.00 | $0.00 | $250.00 |