Marian F. Harrison
US Bankruptcy Judge

Dated: 6/6/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
STACI DIANA ALEXANDER  
2600 FLAMINGO DR  
NASHVILLE, TN  37207  
SSN XXX-XX-0493

CASE NO. 17-03874-MH3-13

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **NATIONSTAR MORTGAGE** shall increase from **$655.10 to $675.49** beginning with the **06/18** disbursement.

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors. Impacted creditors may be:

**INSOLVE AUTO FUNDING** at **$319.50** per month.  
**FRANKLIN CREDIT MANAGEMENT CORP** at $164.44 per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

NOTICE TO:

STACI DIANA ALEXANDER   2600 FLAMINGO DR, NASHVILLE, TN  37207

ROTHSCHILD AND AUSBROOKS PLLC  1222 16TH AVE SOUTH SUITE 12, NASHVILLE, TN  37212

NATIONSTAR MORTGAGE  P O BOX 619096, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE P O BOX 619094, DALLAS, TX  75261-9741

BUCKLEY MADOLE PC  P O BOX 9013,  ADDISON, TX  75001

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

**AFFECTED CREDITORS**

FRANKLIN CREDIT MANAGEMENT CORP